DECEMBER 5, 1962

**Reap. Dec. 10390.**—Rex Cutlery Corp. *v.* United States, Entered at New York, N.Y. Reap. Dec. 10339. Motion by plaintiff.